Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−18607−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carol A. D'Ottavio
1 Hunter Dive
Newfield, NJ 08344

Social Security No.:
xxx−xx−2621

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date: 7/3/19
Time: 09:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 30, 2019
JAN: kaj

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Carol A. D'Ottavio
Debtor

Case No. 19-18607-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2 Date Rcvd: Apr 30, 2019
Form ID: 132 Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.

db +Carol A. D'Ottavio, 1 Hunter Dive, Newfield, NJ 08344-9519
518211791 +American Exprerss, PO Box 17759, Clearwater, FL 33762-0759
518211794 Bank Of America, PO Box 7047, Dover, DE 19903-7047
518211796 +Chase Card, PO Box 15298, Wilmington, DE 19850-5298
518211797 Client Services, P.O. Box 1503, St Peters, MO 63373-0027
518211798 ++FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 (address filed with court: Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710)
518211802 +KML Law Group, PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812
518211803 +Lyons Doughty & Veld Huis, 136 Gaither Drive, Suite 100,, Mount Laurel, NJ 08054-2239
518211805 +MRS, 1930 Olney Ave, RE: Chase Bank USA NA, Cherry Hill, NJ 08003-2016
518211806 Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112
518211809 Pressler & Pressler, LLP, 7 Entin Rd, Parsippany NJ, NJ 07054-5020
518211810 ++STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 (address filed with court: State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 23:59:32 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 23:59:28 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
518211792 E-mail/Text: legal@arsnational.com Apr 30 2019 23:58:59 Ars, P.O. Box 463023, Escondido, CA 92046-3023
518211793 +E-mail/Text: ACF-EBN@acf-inc.com Apr 30 2019 23:58:16 Atlantic Credit & Finance Inc, PO Box 13525, Roanoke, VA 24035-3525
518211795 +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 23:56:05 Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281
518211801 +E-mail/Text: cio.bncmail@irs.gov Apr 30 2019 23:58:46 IRS, 1601 Market St, Philadelphia, PA 19103-2301
518211804 +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2019 23:59:28 Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255
518211807 +E-mail/PDF: cbp@onemainfinancial.com Apr 30 2019 23:55:54 One Main, 6801 Colwell Blvd, Irving, TX 75039-3198
518211808 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 23:55:15 Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502
518211811 +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 23:55:59 SYNCB/Gap, Po Box 965005, Orlando, FL 32896-5005
518211812 +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 23:55:58 Syncb/QVC, PO Box 965018, Orlando, FL 32896-5018

TOTAL: 11

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

518211799* IRS, PO Box 744, Springfield, NJ 07081-0744
518211800* IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081

TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
Seymour Wasserstrum on behalf of Debtor Carol A. D’Ottavio mylawyer7@aol.com, ecf@seymourlaw.net
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3