**Law Offices of Seymour Wasserstrum**
Attorney at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Attorney for Debtor(s)

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

IN RE:  **CAROL A. D'OTTAVIO**                    Case No: **19-18607/JNP**
                                                  Chapter 13

### NOTICE OF ADDED CREDITORS

TAKE NOTICE:

1. The debtor, **CAROL A. D'OTTAVIO**, filed a bankruptcy petition on **April 29, 2019.**
2. The first meeting of creditors is scheduled for **May 30, 2019** at Cherry Tree Corporate Center, 535 Route 38, Suite 580, Cherry Hill, NJ 08002.
3. The confirmation of the Chapter 13 Plan was/is scheduled for **August 21, 2019** at the United States Bankruptcy Court, Courtroom 4C, 4th and Market Streets, Camden, NJ.
4. A proof of claim must be filed with the clerk of the Bankruptcy Court before **July 8, 2019.**
5. The debtor may be examined by subpoena pursuant to D.N.J. LBR 2004-1.
6. A copy of the Order Respecting Amendment to Schedule D, E, or F or List of Creditors is enclosed.
7. A copy of the Chapter 13 Plan is enclosed.

Dated:  July 5, 2019                LAW OFFICES OF SEYMOUR WASSERSTRUM

                                    /s/ Seymour Wasserstrum, Esq.
                                    By: Seymour Wasserstrum, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | |
| In Re:<br><br>**CAROL A. D'OTTAVIO** | Case No.: **19-18607**<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: N/A<br><br>Judge: **JNP** |

### CERTIFICATION OF SERVICE

1.  I, <u>Danielle Dennis</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On <u>July 5, 2019</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order respecting amendments to schedules; E/F; Chapter 13 plan**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>July 5, 2019</u>                                         /s/Danielle Dennis
                                                                              Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| Bank Of America<br>PO Box 7047<br>Dover, DE 19903-7047<br><br>KML Law Group, PC<br>216 Haddon Ave, Ste 406<br>Collingswood, NJ 08108 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

*rev.8/1/16*