Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-18607 (JNP)**

Carol A. D'Ottavio  
1 Hunter Dive  
Newfield, NJ  08344

Monthly Payment: $388.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/15/2021 | $388.00 | 02/23/2021 | $388.00 | 03/18/2021 | $388.00 | 04/26/2021 | $388.00 |
| 06/08/2021 | $388.00 | 06/21/2021 | $388.00 | 07/20/2021 | $388.00 | 08/31/2021 | $388.00 |
| 09/17/2021 | $388.00 | 10/21/2021 | $388.00 | 11/10/2021 | $388.00 | 12/21/2021 | $388.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CAROL A. D'OTTAVIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $1,949.16 |
| 1 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CREDIT & FINANCE INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 24 | $9,491.74 | $3,918.31 | $5,573.43 | $1,521.67 |
| 5 | MIDLAND FUNDING, LLC | 24 | $7,399.06 | $3,054.47 | $4,344.59 | $1,186.19 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $6,517.57 | $0.00 | $6,517.57 | $0.00 |
| 7 | CLIENT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FORSTER, GARBUS & GARBUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LYONS DOUGHTY & VELD HUIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MRS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $3,860.83 | $0.00 | $3,860.83 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,405.26 | $0.00 | $6,405.26 | $0.00 |
| 21 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $8,709.46 | $0.00 | $8,709.46 | $0.00 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JPMORGAN CHASE BANK, N.A. | 33 | $3,571.23 | $0.00 | $3,571.23 | $0.00 |
| 28 | BANK OF AMERICA, N.A. | 33 | $13,244.76 | $0.00 | $13,244.76 | $0.00 |
| 29 | BANK OF AMERICA, N.A. | 33 | $8,257.14 | $0.00 | $8,257.14 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 3.00 | $0.00 |
| 08/01/2019 | Paid to Date | $1,140.00 |
| 09/01/2019 | 58.00 | $388.00 |
| 07/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,656.00 |
| Total paid to creditors this period: | $4,657.02 |
| Undistributed Funds on Hand: | $355.41 |
| Arrearages: | ($392.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**